

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2013

No. 04-13-00018-CR

Roosevelt J. **GREEN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR2234W
Honorable Raymond Angelini, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due May 1, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court